**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | | |
|---|---|---|
| YVETTE M. STRICKLAND | * | |
| 5904 Lowery Lane | | |
| Upper Marlboro, MD 20772-3929 | * | |
| | | |
| *Plaintiff,* | * | |
| | | |
| vs. | * | Case No. _____ |
| | | |
| JPMORGAN CHASE BANK, N.A. | * | |
| | | |
| SERVE ON: | * | |
|    James Dimon, President & CEO | | |
|    270 Park Avenue, 38th Floor | * | |
|    New York, NY 10017 | | |
| | * | |
| *Defendant.* | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF REMOVAL**

Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through its undersigned counsel, respectfully states:

1.      On July 31, 2013, Plaintiff filed the Complaint in the Circuit Court for Prince George's County in *Yvette M. Strickland v. JPMorgan Chase Bank, N.A.,* Case No. CAL13-22171 (the "Complaint"). A copy of the Complaint is attached hereto as Exhibit A.

2.      Upon information and belief, on or about August 14, 2013, Chase was served with a copy of the Complaint, Civil Case Information Report, and Writ of Summons. A copy of the Civil Case Information Sheet is attached hereto as Exhibit B and a copy of the Writ of Summons issued to Chase is

attached hereto as <u>Exhibit C</u>.  No other process, pleadings, document, or order has been served upon Chase.

3.      The complaint is a civil action for damages against Chase, in the amount of $250,000, and to quiet title of residential property.

4.      This Court has original jurisdiction of this action on the basis of diversity of citizenship under 28 U.S.C. § 1332, supplemental jurisdiction under 28 U.S.C. § 1367, and removal jurisdiction under 28 U.S.C. § 1441.

5.      Upon information and belief, at the time this action was commenced Plaintiff was and now is a citizen of the State of Maryland.

6.      At the time this action was commenced, Chase was and now is a citizen of Ohio, in that it is a national banking association chartered with the Office of the Comptroller of the Currency with its principal place of business located at 1111 Polaris Parkway, Columbus, Ohio.  *See Wachovia Bank v. Schmidt*, 546 U.S. 303 (2006) (Holding that a national bank "is a citizen of the State in which its main office, as set forth in its articles of association, is located.").

7.      Chase has given written notice of the filing of this notice of removal to Plaintiff, as required by 28 U.S.C. § 1446(d).

8.      Chase has filed a copy of this notice of removal with the Clerk of the Circuit Court of Prince George's County, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Chase requests that this action proceed in this Court as an action properly removed hereto.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Respectfully submitted,

SIMCOX AND BARCLAY, LLP

By: _____
John S. Simcox
Federal Bar No. 02553
jss@simcoxandbarclay.com

By: _____
Chad King
Federal Bar No. 16888
cking@simcoxandbarclay.com
Simcox and Barclay, LLP
888 Bestgate Road, Suite 313
Annapolis, Maryland 21401
Tel.:   410-266-0610
Fax.:   410-266-0813
*Attorneys for Defendant
JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2013, a copy of the foregoing Notice of Removal was served *via* First Class mail, postage prepaid, on:

Geri Lyons Chase
LAW OFFICE OF GERI LYONS CHASE
2007 Tidewater Colony Drive, Suite 2A
Annapolis, MD 21401
*Attorney for Plaintiff
Yvette M. Strickland*

_____
Chad King